**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Breceda, individually, ) | No.  CV-08-02035-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Upgrade Concrete & Decking, LLC, an ) Arizona limited liability corporation; ) Wyatt Wade Seward, Michelle Sue ) Seward, ) | |
| ) | |
| Defendants. ) | |

The Court has received Plaintiff's consent to magistrate judge jurisdiction, docket #10, in response to the Court's Order to Show Cause issued November 26, 2008. (docket #9)

Therefore,

**IT IS ORDERED** that the Court's Order to Show Cause issued November 26, 2008, docket #9, is hereby **VACATED**.

DATED this 2nd day of December, 2008.

Lawrence O. Anderson
United States Magistrate Judge